**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 13-00495 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR SUBMISSION OF PROPOSED ORDER** |
| KEVIN CLARK, TRUSTEE OF THE NEWMAN FAMILY IRREVOCABLE TRUST DATED FEBRUARY 28, 2009, | |
| Defendant. / | |

Counsel for the United States are requested to bring to the April 4 show cause hearing and file on ECF a proposed order regarding the February 26 order to show cause.

**IT IS SO ORDERED.**

Dated: April 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE