**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 13-00495 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR STATUS REPORT** |
| KEVIN CLARK, TRUSTEE OF THE NEWMAN FAMILY IRREVOCABLE TRUST DATED FEBRUARY 28, 2009, | |
| Defendant. | |

By **NOON ON MAY 15, 2013**, the parties shall submit a joint status report explaining whether any issues remain to be resolved in this action or, in the alternative, a proposed order dismissing the action.

**IT IS SO ORDERED.**

Dated: April 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE