IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN CLARK, TRUSTEE OF THE NEWMAN FAMILY IRREVOCABLE TRUST DATED FEBRUARY 28, 2009,<br><br>    Defendant.<br>                                              / | No. C 13-00495 WHA<br><br>**REQUEST FOR STATUS REPORT** |

By **NOON ON MAY 15, 2013**, the parties shall submit a joint status report explaining whether any issues remain to be resolved in this action or, in the alternative, a proposed order dismissing the action.

**IT IS SO ORDERED.**

Dated: April 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE