MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-078T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7000

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C-13-0495-WHA |
|         Petitioner, ) | |
|          v.              ) | STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER DISMISSING ACTION |
| KEVIN CLARK, TRUSTEE OF THE NEWMAN ) FAMILY IRREVOCABLE TRUST DATED ) FEBRUARY 28, 2009, ) | |
|         Respondent. ) | |

The parties hereby stipulate, subject to the Court's approval, as follows:

1. Respondent has fully complied with the Internal Revenue summons.

2. The parties request that this Court dismiss this case pursuant to Rule 41(a)(2) of the Fed.R.Civ.Pro.

                                      Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      /s/ Cynthia Stier
                                      CYNTHIA STIER
                                      Assistant United States Attorney
                                      Tax Division
                                      Attorneys for the United States

                                      /s/ Wendy Abkin
                                      WENDY ABKIN
                                      Attorney for Respondent, Kevin Clark, Trustee

**ORDER**

Upon the request of all parties to this action, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed.

**ORDERED** this   8th   day of   May  , 2013, at San Francisco, California.

_____
**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**