```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-078T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
       11th Floor Federal Building
 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
 6     Telephone: (415) 436-7000

 7  Attorneys for United States of America
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-13-0495-WHA |
| Petitioner, | |
| v. | STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER DISMISSING ACTION |
| KEVIN CLARK, TRUSTEE OF THE NEWMAN FAMILY IRREVOCABLE TRUST DATED FEBRUARY 28, 2009, | |
| Respondent. | |

The parties hereby stipulate, subject to the Court's approval, as follows:

1. Respondent has fully complied with the Internal Revenue summons.

2. The parties request that this Court dismiss this case pursuant to Rule 41(a)(2) of the Fed.R.Civ.Pro.

        Respectfully submitted,

        MELINDA HAAG
        United States Attorney

        /s/ Cynthia Stier
        CYNTHIA STIER
        Assistant United States Attorney
        Tax Division
        Attorneys for the United States

        /s/ Wendy Abkin
        WENDY ABKIN
        Attorney for Respondent, Kevin Clark, Trustee

**ORDER**

Upon the request of all parties to this action, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed.

**ORDERED** this <u>  8th  </u> day of <u>        May        </u>, 2013, at San Francisco, California.

_____
**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**